No. 81–5294. GREEN v. WARDEN, U. S. PENITENTIARY, LEAVENWORTH, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–5297. BOWMAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5299. EDWARDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5301. VALENCIA, AKA CARILLO-VASQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5302. WHITE ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–1626. MCCARTHY, SUPERINTENDENT, CALIFORNIA MEN'S COLONY EAST v. HARPER. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 80–1751. ZANT, WARDEN v. POTTS. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 80–1984. MICHIGAN v. ARTUSO. Ct. App. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 80–1646. GENERAL MOTORS CORP. v. DIRECTOR OF THE NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.